

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Robert Troy McClure, Appellant

No. 06-12-00092-CV        v.

Texas Dept of Corrections, et al., Appellees

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 12C0939-102). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Robert Troy McClure, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 8, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk